UNITED STATES COURTS OF FEDERAL CLAIMS

Middle District of Tennessee

Chief District Judge Waverly D. Crenshaw, Jr.

RECEIVED
JUL 20 2020
U.S. District Court
Middle District of TN

03-20 0633

COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

(The Federal Tort Claims Act (FTCA), 28 U.S.C 1346(b) and 2671-2680)

Provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by negligent or wrongful act or omission Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury.

The alleged Medical Negligence took place at the VA Hospital located at 1310 24th Avenue South Nashville, Tn 37212. This is the reason why I am bringing this claim before the Middle District of Tennessee.

The Parties in This Complaint:
The Plaintiff:
Michael A. Hinton
3259 Twelve Oaks Blvd
Clarksville, TN. 37042 (Montgomery County)
931-551-0859

The Defendant:
THE UNITED STATES

Statement of Facts:

I filed a Tort Claim on October23, 2019 alleging negligence of an Employee of The United States Government at the VA Hospital in Nashville TN. I received a letter in November stating I had to give them six months to investigate this claim. On May 19,2020 I received a letter from the Administrative Tort Claim denying my claim, but it was also stated if I was dissatisfied with the denial of the claim I have a statute of limitation of six months from May 19,2020, to seek this claim relief before the United States District Court of Federal Claim.

Statement of Claim:

I was a patient of Dr. Mark P. Hinkens, Podiatry Physician at the Tennessee Valley Health Care Center in Nashville. I started seeing Dr. Hinkens in 2011 after losing my left leg in August 2010 due to diabetes and infection. Prior to Dr. Hinkens, I was not under a primary Podiatry for my foot care. Right from the moment I met Dr. Hinkens he began to tell me how important foot care is for a patient with diabetes. He went on to tell me that usually in three years on an average a patient with diabetes will lose the other leg, I was beating the odds. It had been seven years for me before this incident occurred. Dr. Hinkens also stated he was writing a book about diabetes and foot care and asked if I wanted to be apart of his book. I stated if it will help someone else not to lose their foot I would do it. On several occasions during my office visits he would take pictures of my foot not for medical reasons but for his book. Usually when I saw Dr. Hinkens I believe he was within the standard of care when it came to my foot care; he trimmed my toenails, asked if I had a complaint about a callus, and he would use a file to sand it down without incident because he knew of my medical problems of diabetes and prone for infections.

On November 6, 2017 on my scheduled appointment I saw that Dr. Mark P. Hinkens. During the visit I told him I had developed another callus on my right foot next to my fifth toe. The callus was not open, bleeding or infected. Instead of using a file to sand down the callus like he would normally do, Dr. Hinkens used a scalpel to trim the callus causing it to bleed and become an open wound. Before I left his office Dr. Hinkens told me to keep an eye on it for signs of infection. I saw Dr. Hinkens again on Nov 17, 2020. I Told him that the area where the callus was trimmed with the scalpel has gotten worse. During that visit I showed him the area where he had trimmed next to my fifth toe, he then prescribed me some antibiotics and referred me to the wound clinic. This incident led me to have many issues concerning that area of my foot, mainly infections. I was hospitalized on January 1, 2018 because my foot had become badly infected. My medical records will show at that point of hospitalization I was no longer a patient of Dr. Hinkens. During hospitalization I became a patient Dr. Richard Sieber another Podiatrist at the Nashville VA. He (Sieber) became my surgeon on January 09, 2018. Dr. Sieber amputated my fifth right toe on or around March 15, 2018. Dr. Sieber amputated the other four toes on my right foot on or about June 08, 2018. Eventually I lost my right leg below the knee. This surgery was done by a Vascular surgeon. (See attached exhibit A to see pictures of stages amputation). I am now a double amputee. I am claiming Medical Negligence that Dr. Mark P. Hinkens caused a breach in my standard of care, which eventually caused me to lose my right leg.

Request for Relief:

I am requesting a relief of $1.5 million dollars. I cannot put a price on the pain and suffering I endured which eventually led to the losing of my right leg, especially when I thought I was doing the right things to save it. My natural legs are something that I know I will never get back. Before I lost my right leg, I was self-sufficient. I now depend on others more than before. My

wife lost her place of employment because she had to take off work to care for my needs. This incident has caused a strain on our marriage emotionally, physically and financially. My quality of life has decreased. I very much would like this court to bring both sides to the table. I would like to bring in witnesses and an expert witness to testify on my behalf.

The reason they gave me for denying my claim is they sent my medical records to another part of the country for another medical professional to view. They did not tell me where exactly or who was the other medical professional, they allowed to view my case. This information is vital to my claim, alleging medical negligence or wrongful act on the part of an employee of the United States Government Department of Veteran Affairs

Under the Federal Rule of Civil Procedures 11, by signing below , I certify in the best of my knowledge, information, and relief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost litigation (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with requirements of Rule 11

I agree to provide the Clerk Office with any change of my address where case related papers may be served. I understand that my failure to keep current address on file with the Clerk's Office may result in a denial of my case.

| | | |
|---|---|---|
| 7-15-2020 | [signature] | Michal A. Hinton |
| Date of Signing: | Signature of Plaintiff | Printed Name of Plaintiff |

Michael Hinton
3259 Twelve Oaks Blvd
Clarksville, TN. 37042

7020 1290 0000 3989 0215

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 1290 0000 3989 0215

UNITED STATES POSTAL SERVICE®

1000

37203

U.S. POSTAGE PAID
FCM LG ENV
CLARKSVILLE, TN
37042
JUL 15, 20
AMOUNT

$4.95

R2304E106429-21

RECEIVED
JUL 20 2020
U.S. District Court
Middle District of TN

Nashville Clerk's Office
801 Broadway, Room 800
Nashville, TN. 37203

Case 3:20-cv-00633 Document 1 Filed 07/20/20 Page 4 of 5 PageID #: 4