Exhibit "A"

Stages of Amputation & Infeation

3:20-0633



5th toe amputated



All four amputated



Infection after 2nd Surgery



Leg amputated