IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00633 |
| | ) | Judge Aleta A. Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff Michael Hinton's construed objections (Doc. No. 48) to the Magistrate Judge's Amended Report and Recommendation ("Amended R&R") (Doc. No. 47) (which supersedes and replaces the original Report and Recommendation (Doc. No. 46)) are **OVERRULED**. The Amended R&R is **ACCEPTED**, insofar as it recommends that the defendant's Motion for Summary Judgment (Doc. No. 36) be granted, but with the modifications to the basis for that ruling as stated in the accompanying Memorandum. The Motion for Summary Judgment (Doc. No. 36) is **GRANTED**, and this case is **DISMISSED**.

This is the final order in this action. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge